IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LAWRENCE E. HICKS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:24-cv-464-K |
| | § | |
| TOYOTA FINANCIAL SERVICES, | § | |
| | § | |
| Defendant. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Plaintiff filed Answers to Magistrate Judge David L. Horan's Recommendations on March 22, 2024, which the Court treats as Objections to the findings, conclusions, and recommendation of the United States Magistrate Judge. The District Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court ACCEPTS the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.  Plaintiff's Objections are **OVERRULED.**

SO ORDERED.

Signed March 25th, 2024.

_____
ED KINKEADE
UNITED STATES DISTRICT JUDGE